## Lori F. ATKINS and David F. Atkins, Appellants,

v.

## SUMMIT BANK, N.A., Respondents.

### WD 78863

Missouri Court of Appeals, Western District.

ORDER FILED: April 19, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2016

Daniel Simon, Columbia, MO, Counsel for Appellants.

Daniel Beckett, Columbia, MO, Counsel for Respondents.

Matthew Quetsch, Amanda Miller, Columbia, MO, Co–Counsels for Respondents.

Before Division One: Lisa White Hardwick, P.J., Thomas H. Newton, and Cynthia L. Martin, JJ.

## ORDER

Per Curiam:

Ms. Lori F. and Mr. David F. Atkins appeal the judgment dismissing, for lack of personal jurisdiction, their claims for abuse of process, prima facie tort, and fraud over the efforts of Summit Bank, N.A., a Florida-based institution, to recover damages from Mr. Atkins's alleged default on a promissory note.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).